An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

DENNIS HOLTORF AND STEPHANIE HOLTORF,

Appellants,

vs.

BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, FORMERLY KNOWN AS COUNTRYWIDE HOME LOANS SERVICING, LP, IMPROPERLY NAMED AS COUNTRYWIDE MORTGAGE SERVICING COMPANY; AND RECONTRUST COMPANY, N.A., IMPROPERLY NAMED AS RECONTRUST COMPANY,

Respondents.

No. 64405

**FILED**

AUG 2 7 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DISMISSING APPEAL

Appellants have moved to voluntarily dismiss this appeal. The unopposed motion is granted, with the parties to bear their own fees and costs, NRAP 42(b), and we

ORDER this appeal DISMISSED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: Marie K Lindeman

cc: Hon. Scott N. Freeman, District Judge
Paul F. Hamilton, Settlement Judge
Goodman Law Center
Akerman LLP/Las Vegas
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

14-28326